OCTOBER 13, 1962.

No. 102. KOPPERS COMPANY, INC., ET AL. *v.* UNITED STATES. Appeal from the United States District Court for the Western District of Pennsylvania. Dismissed pursuant to Rule 60 of the Rules of this Court. *John M. Crimmins, Templeton Smith* and *Robert L. Kirkpatrick* for appellants. *Solicitor General Cox, Assistant Attorney*

*General Loevinger, Robert B. Hummel* and *William H. McManus* for the United States. 